# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-1063
_____

MARLON W. MCNEILL,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Proceedings.

July 8, 2026

PER CURIAM.

DISMISSED.

ROBERTS, KELSEY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marlon Wesley McNeill, pro se, Petitioner.

No appearance for Respondent.